MINISTERS, ELDERS, AND DEACONS OF FIRST REFORMED PROTESTANT CHURCH OF NYACK, Appellants, v. VAN HOUTEN et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by the ministers, elders, and deacons of the First Reformed Protestant Church of Nyack, N. Y., against Erskine, J. S. Van Houten and others. No opinion. Judgment affirmed, with costs.

MOELLER, Respondent, v. FRITSCH, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by August E. Moeller against Herman Fritsch. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re MOESER. (Supreme Court, Appellate Division, First Department. December 31, 1908.) In the matter of George Moeser. No opinion. Motion denied, with $10 costs, payable by Attorney Von Wilmowsky personally. Order filed.

MOFFAT, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by William L. Moffat against the Long Island Railroad Company. No opinion. Judgment and order of the County Court of Nassau county unanimously affirmed, with costs.

MONNOT et al., Respondents, v. HUSSON, Appellant. (Supreme Court, Appellate Division, Second Department. January 22, 1909.) Action by John F. Monnot and others against Joseph Husson. No opinion. Motion for reargument of motion to dismiss appeal denied, with costs.

MORRISON et al., Respondents, v. HURTIG & SEAMON, Appellant. (Supreme Court, Appellate Division, First Department. January 22, 1909.) Action by Charles P. Morrison and another against Hurtig & Seamon. G. E. Joseph, for appellant. A. J. Shimpan, for respondents.
PER CURIAM. Judgment and order affirmed, with costs. Order filed.
CLARKE, J., dissents.

MORRISON et al., Appellants, v. WASHBURN, Respondent. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by Frank Morrison and others against Claude S. Washburn. No opinion. Order affirmed, with $10 costs and disbursements.

In re MOSES. (Supreme Court, Appellate Division, Third Department. January 22, 1909.) In the matter of the application of Henry H. Moses for letters of administration of the goods, chattels, and credits of Caroline H. Cook, deceased.
PER CURIAM. Decree affirmed, with costs, on the authority of Matter of Wilson, 92 Hun, 318, 36 N. Y. Supp. 882.
SMITH, P. J., dissents.

MOSKOWITZ, Respondent, v. MORRISON, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Morris Moskowitz against George F. Morrison. No opinion. Judgment of the Municipal Court affirmed, with costs.

MOULD, Appellant, v. WILCOX, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Charity C. Mould against Helen A. Wilcox. No opinion. Order affirmed, with $10 costs and disbursements.

MULLEN, Respondent, v. FONDA, JOHNSTOWN & G. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by William F. Mullen, as administrator, etc., of Lillian Mullen, deceased, against the Fonda, Johnstown & Gloversville Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

MULLIGAN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Patrick Mulligan against the Brooklyn Heights Railroad Company. No opinion. Judgment and order of the County Court of Queens county unanimously affirmed, with costs.

MUNZIE, Appellant, v. NEW YORK ZOÖLOGICAL SOCIETY, Respondent. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by Albert C. Munzie against the New York Zoölogical Society. H. C. Smyth, for appellant. W. W. Niles, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

MUTKA, Appellant, v. HEBREW SHELTERING GUARDIAN SOCIETY, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Anna Mutka, an infant, by Katie Faldizko, her guardian ad litem, against the Hebrew Sheltering Guardian Society.
PER CURIAM. Judgment affirmed, with costs.
HOOKER, J., dissents.

MYERS v. BEAKES DAIRY CO. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Action by Frederick S. Myers against the Beakes Dairy Company. No opinion. Application granted. Order signed.